## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

SHANNA DUHON                          CIVIL ACTION NO.  6:18-CV-01418

VERSUS                                JUDGE JUNEAU

COMMISSIONER OF SOCIAL                MAGISTRATE JUDGE WHITEHURST
SECURITY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, [Rec. Doc. 10], and after an independent review of the record noting the absence of objections thereto, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision be **AFFIRMED** and this action be **DISMISSED with prejudice**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 12th day of November, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE